## Case No. 448.
### ANONYMOUS.
[Hempst. 450.][1]
Circuit Court, D. Arkansas. April, 1845.
COSTS—MARSHAL'S FEES—MILEAGE.

1. The marshal is not entitled to commissions on a forfeited delivery bond.

[1][Reported by Samuel H. Hempstead, Esq.]

2. The marshal is entitled to mileage actually travelled, in enabling him to make a return of nulla bona..

JOHNSON, District Judge, holding the circuit court.

The COURT held (1) that the marshal cannot charge any commissions where a delivery bond is given and forfeited; and (2) that the marshal is entitled to mileage on a return of nulla bona for mileage actually travelled by him or his deputies, in enabling him to make that return.